Case 3:23-cv-00129   Document 15   Filed on 04/01/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-cv-129

Albert Guadalupe Guzman, TDCJ # 02090704, Plaintiff,

v.

Kenny B. Smith, *et al.*, Defendants.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge*:

State inmate Albert Guadalupe Guzman (TDCJ # 02090704) is currently incarcerated in the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ). Guzman proceeds *pro se* and has leave to proceed *in forma pauperis*. He has filed a civil-rights action under 42 U.S.C. § 1983 alleging that the defendants failed to protect him from being attacked by another inmate at the Clemens Unit. Dkt. 1. On January 30, 2024, the court ordered Guzman to submit a more definite statement of the facts involved in the case. Dkt. 14. Guzman's responses to the court's questions were due on February 29, 2024. *See id.* Guzman has not responded to the court's order.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Fed. R. Civ. P. 41(b). "This authority is based on

the courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases." *Lewis v. Sheriff's Dept. Bossier Parish*, 478 F. App'x 809, 815 (5th Cir. 2012) (per curiam) (internal quotation marks and citation omitted); *see also Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018) (explaining that a district court may dismiss an action for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action for failure to comply with court orders).

Guzman's failure to comply with the court's order forces the court to conclude that he lacks diligence in prosecuting this action. Therefore, under the court's general power to manage its docket, this case is dismissed without prejudice for want of prosecution. Guzman is advised that he may obtain relief from this order if he makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes submitting his responses to the questions posed in the court's order of January 30, 2024.

The court **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are denied as moot.

The Clerk shall provide a copy of this order to the plaintiff.

Signed on Galveston Island this __1st__ day of __April_____, 2024.

                                                 JEFFREY VINCENT BROWN
                                                 UNITED STATES DISTRICT JUDGE